# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

MELISSA GRAHAM,                         CASE NO.: 0:17-cv-60789-CMA
       Plaintiff,

vs.

BLUESTEM BRANDS, INC.,
       Defendant.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, MELISSA GRAHAM ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, BLUESTEM BRANDS, INC., have come to an amicable settlement agreement.

Date: **August 30, 2017**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               **BOSS LAW**

                                               /s/ Christopher W. Boss
                                               Christopher W. Boss, Esq.
                                               FL Bar No.: 13183
                                               CPService@protectyourfuture.com
                                               9887 4th Street N., Suite 202
                                               St. Petersburg, FL 33702
                                               Phone: (727) 471-0039
                                               Fax: (727) 471-1206
                                               Counsel for Plaintiff