**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

MELISSA GRAHAM,                      CASE NO.: 0:17-cv-60789-CMA
    Plaintiff,

vs.

BLUESTEM BRANDS, INC.,
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

Respectfully Submitted,                    Respectfully Submitted,

*/s/ Christopher W. Boss*                     */s/ Ailen Cruz*
Christopher W. Boss, Esq.                     Ailen Cruz, Esq
Florida Bar No.: 13183                         Florida Bar No. 105826
BOSS LAW                                        WIAND GUERRA KING, P.A
9887 Fourth Street North, Suite 202         5505 W. Gray Street
St. Petersburg, Florida 33702                 Tampa, FL 33609
Telephone: (727) 471-0039                   Phone: 813-347-5100
Facsimile: (727) 471-1206                    Fax: 813-347-5198
Email: cpservice@protectyourfuture.com      acruz@wiandlaw.com
*Attorney for Plaintiff*                             *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following parties:

Ailen Cruz, Esq
Florida Bar No. 105826
WIAND GUERRA KING, P.A
5505 W. Gray Street
Tampa, FL 33609
acruz@wiandlaw.com
*Attorney for Defendant*

                                                 */s Christopher W. Boss*
                                                 Christopher W. Boss